UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : Case No. 2:18-cv-02251-JAR-JPO |
| | : |
| REGENCY PARK MB LLC, | : |
| a Delaware limited liability company; and | : |
| | : |
| REGENCY PARK 5961 LLC, | : |
| a Delaware limited liability company; | : |
| | : |
| Defendants. | : |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendants with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement regarding all matters in this action.

DATE:  August 24, 2018

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (KS # 14101)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

and

2

      <u>*s/Matthew W. Lytle*    </u>
      John J. Schirger (KS # 78228)
      Matthew W. Lytle (KS #78109)
      Miller Schirger, LLC
      4520 Main Street, Suite 1570
      Kansas City, Missouri 64111
      Phone: 816-561-6500
      Email: jschirger@millerschirger.com
      <u>Email: mlytle@millerschirger.com</u>

      *Attorneys for Defendants*

2